UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JOHN M. TOWNSEND,        )
                         )
            Plaintiff,   )        3:07-cv-00178-LRH (VPC)
                         )
v.                       )
                         )        O R D E R
BROOKS, et al.,          )
                         )
            Defendants.  )
_____)

Before this Court is Report and Recommendation of U.S. Magistrate Judge (#9[1]) entered on August 20, 2007, recommending granting Defendants' Motion to Dismiss/Summary Judgment (#6) filed on November 16, 2005. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#12) on January 4, 2008, and Defendants filed their Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation on January 23, 2008 (#13), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to the court's docket number.

1 Judge's Report and Recommendation ( #9) entered on November 27, 2007, should be adopted and
2 accepted.
3       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
4 (#9) entered on November 27, 2007, is adopted and accepted, and Defendant's Motion to
5 Dismiss/Summary Judgment (#6) is GRANTED.  The Clerk shall enter judgment accordingly.
6       IT IS SO ORDERED.
7       DATED this 4th  day of March, 2008.

                                        _____
                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE