AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOHN M. TOWNSEND,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-CV-00178-LRH-VPC**

BROOKS, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Docket # 9) is adopted and accepted, and Defendant's Motion to Dismiss/Summary Judgment (Docket # 6) is GRANTED.

   March 5, 2008                                        **LANCE S. WILSON**
                                                                                 Clerk

                                                                       /s/ Katie Lynn Ogden
                                                                           Deputy Clerk